UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

UNITED STATES OF AMERICA

    - v. -

SANG WOO,
    a/k/a "John Woo,"

    Defendant.

------------------------------------- x

**ORDER**

S1 16 Cr. 831 (ER)
17 Mag. 139

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1\30\19

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Geoffrey S. Berman, by Assistant United States Attorney Daniel S. Noble;

WHEREAS the Superseding Information and the transcript of the change of plea proceeding held on October 10, 2017 in the above-captioned case are currently sealed; that docketing in this matter was previously ordered delayed; and that the United States Attorney's Office has applied to have the Information and plea transcript unsealed and other entries on the docket now entered; it is therefore

ORDERED that Information S1 16 Cr. 831 (ER) and the transcript of the change of plea proceeding held on October 10, 2017 in the above-captioned action be unsealed and remain unsealed pending further order of the Court; and

IT IS FURTHER ORDERED that the Clerk of Court shall make the relevant entries on the public docket.

Dated:    New York, New York
           January 30, 2019

_____
HONORABLE EDGARDO RAMOS
UNITED STATES DISTRICT JUDGE