

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

August 9, 2017

> The control date is adjourned to October 19, 2017 at 11:00 am. Speedy trial time is excluded from August 16, 2017, until October 19, 2017.

BY EMAIL
REQUEST TO BE FILED UNDER SEAL

The Honorable Edgardo Ramos
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

The application is ✓ granted. ___ denied.

Edgardo Ramos, U.S.D.J.
Dated: Aug. 10 2017
New York, New York 10007

Re: United States v. Sang Woo, a/k/a "John Woo",
S1 16 Cr. 831 (ER)

Dear Judge Ramos:

The parties write jointly to request that the Court adjourn the control date scheduled in the above-referenced case for August 16, 2017 at 11:00 AM. The defendant is attempting to cooperate and the parties have been engaged in discussions about a disposition of this case short of trial, but we have not concluded our discussions. Accordingly, the parties respectfully request that the Court adjourn the control date for approximately 60 days to a date and time convenient for the Court. If the parties reach a resolution prior to the control date, we will notify the Court.

Furthermore, the parties respectfully request that the Court exclude time under the Speedy Trial Act between August 16 and the date of the rescheduled pretrial conference. The additional time will allow the parties to continue and hopefully finalize our discussions about a disposition of this case short of trial.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
FILED: 8/10/17

Because this letter references the defendant's cooperation, which includes cooperation against individuals who have not yet been charged and may not be aware that they are the targets of a criminal investigation, the parties respectfully request that this letter be filed under seal.

Respectfully submitted,

JOON H. KIM
Acting United States Attorney

by: *[signature]*

Daniel S. Noble
Assistant United States Attorney
(212) 637-2239
Dennis R. Kihm
Trial Attorney, Criminal Division
(202) 616-2999

Cc: Andrew Bauer, Esq. (by email)
*Attorney for Sang Woo*